IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE MEDICAL EQUIPMENT & SUPPLY, INC.** and **DOMINIC ROTELLA,** <br>     Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION** <br> **NO. 11-1107** |

## ORDER

**AND NOW,** this 28th day of March 2012, upon review of Defendant's Motion to Dismiss [Doc. No. 13], Plaintiffs' Response in Opposition, and Defendant's Reply, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**, as the Court lacks subject matter jurisdiction over this matter;

2. The above captioned case shall be **TRANSFERRED** to the Court of Federal Claims.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

                                                             **BY THE COURT:**

                                                             /s/ Cynthia M. Rufe

                                                             **CYNTHIA M. RUFE, J.**